1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11   NELSON LAC,                                      No. 2:15-cv-00523-KJM-DAD

12                  Plaintiff,

13          v.                                         ORDER

14   NATIONSTAR MORTGAGE LLC,
     DOES 1 to 10,
15
                    Defendants.
16

17          Plaintiff Nelson LAC filed this action on March 9, 2015 (ECF No. 1) and now

18   requests permission to proceed *in forma pauperis* (IFP).  (ECF No. 2.)  As explained below, the

19   court GRANTS plaintiff's request.

20   I.     DISCUSSION

21          A party instituting a civil action in a United States district court, except for an

22   application for a writ of habeas corpus, must pay a filing fee of $400.00.  28 U.S.C. § 1914.  If a

23   party, however, is granted leave to proceed *in forma pauperis*, an action may proceed without

24   prepaying the entire fee.  *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).  To qualify

25   for IFP status, a party need not show that he or she is entirely destitute.  *Adkins v. E.I. DuPont de*

26   *Nemours & Co.*, 335 U.S. 331, 339–40 (1948).  Yet, "the same even-handed care must be

27   employed to assure that federal funds are not squandered to underwrite, at public expense, either

28   /////

                                                       1

frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984).

Here, plaintiff is entitled to IFP status. In the application to proceed without prepayment of fees and affidavit, form number AO 240, plaintiff, under penalty of perjury, states he is unemployed; has monthly income between $800 and $900; has no money in cash or in a bank account; owns two cars, with a total market value of $6,300; and has total monthly expenses in the amount of $1,766. (ECF No. 2.) Accordingly, based on these circumstances, the court finds plaintiff qualifies for IFP status.

II.   <u>CONCLUSION</u>

For the foregoing reasons, the court orders as follows:

1.   Plaintiff's motion to proceed *in forma pauperis* is GRANTED.

2.   Service is appropriate for defendant.

3.   The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, including a copy of this court's status order, without prepayment of costs.

4.   The Clerk of the Court shall send plaintiff one USM-285 form for each named defendant, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order.

5.   Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, and <u>shall file a statement with the court that said documents have been submitted to the United States Marshal</u>. The court anticipates that, to effect service, the U.S. Marshal will require at least:

   a. One completed summons for each defendant;

   b. One completed USM-285 form for each defendant;

   c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

2

1          d. One copy of this court's status order for each defendant; and

2          e. One copy of the instant order for each defendant.

3     6.   In the event the U.S. Marshal is unable, for any reason whatsoever, to

4          effectuate service on any defendant within 90 days from the date of this order,

5          the Marshal is directed to report that fact, and the reasons for it, to the

6          undersigned.

7     7.   The Clerk of the Court is directed to serve a copy of this order on the U.S.

8          Marshal, 501 "I" Street, Sacramento, CA, 95814, Tel. No. (916) 930-2030.

9          IT IS SO ORDERED

10   DATED:  March 18, 2015.

11

12   _____

13   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28