UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON LAC,<br><br>        Plaintiff,<br><br>   v.<br><br>NATIONSTAR MORTGAGE LLC, DOES 1–10,<br><br>        Defendant. | No.  2:15-cv-00523-KJM-DAD<br><br><br>ORDER |

        This matter is before the court on plaintiff Nelson Lac's motion for a temporary restraining order barring the nonjudicial foreclosure sale of his home. ECF No. 13. The court held a hearing on that motion on October 6, 2015. Aldon Balanos appeared for Nelson Lac, and Chris Chapman appeared by telephone for defendant Nationstar Mortgage LLC.

        At hearing, the court confirmed Nationstar did not oppose the motion for a temporary restraining order to postpone the sale. The parties also agreed the foreclosure sale may be postponed for sixty days to allow the parties to exhaust settlement efforts. The court therefore GRANTS the motion for a temporary restraining order and construes the parties' agreement at hearing as a stipulation to entry of a sixty-day preliminary injunction.

        Nationstar Mortgage LLC, and its agents and assigns, are hereby ordered to refrain from taking any action to alienate title in 7575 Citrus Avenue, Sacramento, California 95823,

1  from Mr. Nelson Lac.  To this end they are ENJOINED from conducting any nonjudicial
2  foreclosure sale on this property until sixty days from the date this order is filed.
3       As discussed at hearing, the parties have expressed interest in appearing for
4  settlement conference.  Magistrate Judge Kendall J. Newman has been randomly selected.  A
5  settlement conference is scheduled before Judge Newman for November 30, 2015, at 9:00 a.m. in
6  Courtroom No. 25, 8th Floor.
7       The parties are directed to exchange non-confidential settlement conference
8  statements seven (7) days prior to this settlement conference. These statements shall
9  simultaneously be delivered to the court using the following email address:
10 kjnorders@caed.uscourts.gov.  If a party desires to share additional confidential information with
11 the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).
12      This order resolves ECF No. 13.
13      IT IS SO ORDERED.
14  DATED: October 14, 2015.

_____
UNITED STATES DISTRICT JUDGE

2