1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NELSON LAC,                              No.  2:15-cv-00523-KJM-AC

12                 Plaintiff,

13        v.                                  ORDER

14   NATIONSTAR MORTGAGE, LLC,

15                 Defendant.

16

17

18              This matter is before the court on plaintiff Nelson Lac's second ex parte

19   application for a temporary restraining order barring the foreclosure sale of his home.  ECF No.

20   38.

21              Lac filed a complaint in this court on March 9, 2015.  ECF No. 1.  He alleges the

22   defendant, Nationstar Mortgage LLC, did not comply with California Civil Code section 2923.55

23   before initiating foreclosure proceedings.  *Id.* ¶ 9.  Specifically, Lac alleges Nationstar did not

24   respond to several letters requesting a home mortgage loan modification before it recorded a

25   notice of default in late 2014.  *See id.* ¶¶ 3–7.  The court granted Lac's motion to proceed in

26   forma pauperis on March 18, 2015.  ECF No. 4.  The United States Marshals Service completed

27   service, and a summons was returned executed and filed on the docket on August 24, 2015.  ECF

28   No. 11.  Nationstar did not file a timely responsive pleading.  On September 17, 2015, Lac filed a

1

1   "Motion for Entry of Default" against Nationstar.  ECF No. 12.  Only several weeks after Lac

2   filed this motion did Nationstar file a motion to dismiss, which the court later struck.  ECF Nos.

3   17, 30.

4          On September 20, 2015, Lac filed his first ex parte application for a temporary

5   restraining order, notifying the court a foreclosure sale had been scheduled for October 13, 2015.

6   ECF No. 13.  After a hearing, this court granted Lac's motion, as unopposed in part.  ECF No. 24.

7   Accordingly, the court enjoined Nationstar from conducting any nonjudicial foreclosure sale on

8   the property until sixty days after the order was filed.  *Id.*

9          On November 18, 2015, the court ordered the clerk of the court to enter default

10  against Nationstar.  ECF No. 30.  The clerk entered default on the same day.  ECF No. 31.

11  Because the damages he sought are not readily ascertainable, Lac filed a motion for entry of

12  default judgment against Nationstar.  ECF No. 32-1.  In the same motion, Lac requested the court

13  permanently enjoin Nationstar barring the foreclosure sale of his home, and award attorney's fees.

14  *Id*.  This motion currently is set for hearing before Magistrate Judge Allison Claire on January 13,

15  2016.  ECF No. 35.

16         On December 7, 2015, Lac filed the current ex parte application to enjoin

17  Nationstar from engaging in a foreclosure sale.  ECF No. 38.  In his moving papers, Lac states

18  that a foreclosure sale was set to occur on December 22, 2015.  *Id.*  In its opposition to the ex

19  parte application, Nationstar represents the foreclosure sale has been postponed to February 2,

20  2016.  ECF No. 39.  Nationstar does not in substance oppose enjoining a sale from occurring in

21  December 2015.  *See id.*  The court construes Lac's application to the court as unopposed.

22         Lac's ex parte application to enjoin Nationstar from engaging in a December 2015

23  foreclosure sale is hereby GRANTED.  Accordingly, Nationstar Mortgage LLC, and its agents

24  and assigns, are hereby ORDERED to refrain from taking any action to alienate title in 7575

25  Citrus Avenue, Sacramento, California 95823, from Mr. Nelson Lac.  In light of Nationstar's

26  /////

27  /////

28  /////

2

representation to the court, and the pending motion for default judgment, Nationstar is ENJOINED from conducting any nonjudicial foreclosure sale on the Citrus Avenue property before February 2, 2015.

IT IS SO ORDERED.

DATED:  December 28, 2015.

UNITED STATES DISTRICT JUDGE

3