1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NELSON LAC,                          No.  2:15-cv-0523 KJM AC (TEMP)

12                Plaintiff,

13        v.                              ORDER

14   NATIONSTAR MORTGAGE LLC,
     DOES 1-10,
15

16                Defendant.

17

18        On January 13, 2016, this matter came before the undersigned for hearing of plaintiff's

19   motion for default judgment.  There was, however, no appearance by or on behalf of the plaintiff.

20   Attorney Chis Chapman did appear telephonically on behalf of the defendant.  Mr. Chapman

21   stated that the defendant intends to file a motion to set aside the entry of defendant's default.[1]

22        Accordingly, upon consideration of the arguments on file and at the hearing, and for the

23   reasons set forth on the record at the hearing and above, IT IS HEREBY ORDERED that:

24        1.   Plaintiff's November 18, 2015 motion for default judgment (ECF No. 32) is denied

25             without prejudice to renewal; and

26   ////

27   _____

28   [1]  Mr. Chapman also appeared on behalf of the defendant at a November 30, 2015 settlement
     conference subsequent to the filing of plaintiff's motion for default judgment.  (ECF No. 37.)

1

2.  Defendant shall file a motion to set aside the entry of default judgment within 28 days

of the date of this order.

DATED:  January 13, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE