UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON LAC,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC,<br>DOES 1–10,<br><br>    Defendant. | No.  2:15-cv-00523-KJM-DAD<br><br><br>ORDER |

    This matter is before the court on plaintiff Nelson Lac's motion for a temporary restraining order barring the nonjudicial foreclosure sale of his home.  ECF No. 49.  The sale was purportedly scheduled for March 8, 2016.  Bolanos Decl. Ex. A, ECF No. 49-2.  In opposition to the ex parte application, counsel for Nationstar Mortgage LLC, the defendant named in this action, filed a declaration averring the sale had been postponed until May 10, 2016.  Chapman Decl. ¶ 5, ECF No. 52.  The court therefore GRANTS the motion for a temporary restraining order as unopposed.

/////

/////

/////

/////

1

1         Nationstar Mortgage LLC, and its agents and assigns, are hereby ordered to refrain
2 from taking any action to alienate title in 7575 Citrus Avenue, Sacramento, California 95823,
3 from Mr. Nelson Lac.  To this end they are ENJOINED from conducting any nonjudicial
4 foreclosure sale on this property until May 10, 2016.
5         This order resolves ECF No. 49.
6         IT IS SO ORDERED.
7 DATED: March 7, 2016

                              UNITED STATES DISTRICT JUDGE