UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON LAC, | No. 2:15-cv-00523-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant. | |

          On June 24, 2016, the court ordered Aldon Bolanos, counsel for plaintiff Nelson Lac, to show cause why he should not be sanctioned for practicing law during his suspension from practice by the California State Bar. ECF No. 98. Mr. Bolanos responded in declarations filed on June 27 and 28, 2016. ECF Nos. 99 & 101. On August 17, 2016, the court issued an order setting forth its findings. ECF No. 108. The court gave Mr. Bolanos notice of the sanctions it intended to impose and set an *ex parte* hearing on the matter. *Id.* Mr. Lac submitted and the court approved a substitution of counsel before the hearing, ECF Nos. 112 & 113, so the court excused Mr. Lac's appearance at the hearing, ECF No. 113.

          The court held the *ex parte* hearing on September 1, 2016, at which Mr. Bolanos appeared. Mr. Bolanos did not object to the court's proposed sanctions, but requested that the court's proposed sixty-day suspension not be extended through the termination of any sanctions

1

imposed by the California Supreme Court in the pending state bar disciplinary proceedings, *In re Bolanos*, No. 12-O-12167 (Cal. State Bar. Ct. filed Dec. 23, 2015).  He represented that the state bar disciplinary proceedings would likely not conclude and his sanctions would likely not become effective for at least two years.  Mr. Bolanos also requested that this court's sixty-day suspension begin after he finishes a confirmed trial set for September 26, 2016 in another case in this district, *Singh v. Pooni*, No. 2:14-cv-02146 (filed Sept. 15, 2014).  He represented that his client in that matter knows about the state bar disciplinary proceedings and would like Mr. Bolanos to continue representing him through trial.  Mr. Bolanos represented that he does not have any other cases in this district.

The timing of Mr. Bolanos's suspension implicates competing interests.  On the one hand, if his suspension begins immediately, the court in the *Singh* case may be required to continue the confirmed trial to allow Mr. Bolanos's client to obtain new counsel.  On the other hand, the court has an interest in enforcing the Local Rules and protecting its standards of professional conduct.  In light of the severity of Mr. Bolanos's multiple violations, the court finds it appropriate for Mr. Bolanos's suspension to begin immediately.  However, the court finds it is not necessary to extend his suspension through the termination of any sanctions imposed by the California Supreme Court, given the order requiring service below.

Accordingly, the court makes the following orders:

(1) As of the date this order is filed, Mr. Bolanos is suspended from practice in this district for a minimum of sixty days, with the requirement that thereafter he submit a pre-reinstatement declaration, which must be accepted by the court before reinstatement, explaining the steps he has taken to familiarize himself with this court's local rules and all other rules of professional conduct applicable to practicing attorneys.

(2) This matter is referred to the California State Bar, and the Clerk of the Court is directed to send a copy of this order to the Office of Chief Trial Counsel, The State Bar of California, 845 South Figueroa St., Los Angeles, California 90017-2515.

(3) Mr. Bolanos is directed to add this court to the service list in the pending state bar disciplinary proceedings, *In re Bolanos*, No. 12-O-12167 (Cal. State Bar. Ct. filed Dec. 23,

2015). Service should be directed to the undersigned and should reference this case, *Lac v. Nationstar Mortgage, LLC*, 2:15-cv-00523-KJM-DB.

(3) Mr. Bolanos's name is removed from this district's list of available pro bono attorneys. The Clerk of the Court is directed to serve a copy of this order on the court's Pro Bono Panel Administrator Sujean Park for the purpose of effecting this removal.

IT IS SO ORDERED.

DATED: September 3, 2016.

_____
UNITED STATES DISTRICT JUDGE