1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NELSON LAC,                                    No.  2:15-cv-00523-KJM-DB

12              Plaintiff,                          ORDER

13        v.

14   NATIONSTAR MORTGAGE, LLC,

15              Defendant.

16

17

18          This matter is before the court on the second request by plaintiff's former counsel,

19   Aldon Bolanos, for reinstatement to practice in this district.  ECF No. 139.  On September 3,

20   2016, this court suspended Bolanos from practice in this district for a minimum of sixty days.

21   Order Sept. 6, 2016, ECF No. 120.

22          On December 8, 2016, the court denied Bolanos's first request for reinstatement

23   because the request did not include the required sworn pre-reinstatement declaration, the request

24   was vague and unsupported, and the core reason for the request appeared moot.  Order, Dec. 8,

25   2016, ECF No. 135.  As discussed below, Bolanos's second reinstatement request complies with

26   the court's instructions and the court therefore discharges its suspension order, while noting that

27   this discharge does not render Bolanos eligible to practice law in this district or elsewhere given

28   his pending State Bar disciplinary matters.

                                                1

1  I.    DISCUSSION

2          Bolanos's suspension was a sanction in response to his consistent violations of the

3  local rules and standards of professional conduct.  *See generally* ECF No. 120.  The suspension

4  order expressly required that before Bolanos can be reinstated, the court must accept his pre-

5  reinstatement declaration that explains steps he has taken to familiarize himself with this court's

6  local rules and all other rules of professional conduct applicable to practicing attorneys.  *Id.* at 2.

7          To support his second request for reinstatement, Bolanos filed a sworn affidavit,

8  ECF No. 136, and an ex parte application for reinstatement accompanied by another affidavit,

9  ECF No. 139.  In his affidavits, Bolanos explains that during his suspension he "print[ed],

10  b[ou]nd, and read, cover to cover, all of the Eastern District's Local Rules" and the Federal Rules

11  of Civil Procedure and California Rules of Professional Conduct.  ECF No. 136 ¶¶ 2, 4.  He also

12  explains his newfound understanding of Rule 11's prohibition on allowing another attorney to file

13  documents using his credentials, and he declares he took and passed the State Bar's court on legal

14  ethics.  *Id.* ¶¶ 3-4.

15          Bolanos has complied with the requirements of this court's suspension order: He

16  filed a sworn declaration identifying what actions he took to familiarize himself with relevant

17  rules of procedure and ethics.  Accordingly, the court DISCHARGES its September 6, 2016

18  suspension order.  ECF No. 120.  Unless or until the California State Bar grants Bolanos the right

19  to practice law again, however, he may not appear as an attorney in this court.  *See* Case No.

20  15-O-10896, Aldon Bolanos #233915 Attorney Profile, The State Bar of California, *available at*

21  http://members.calbar.ca.gov/fal/Member/Detail/233915 (reflecting Bolanos's ineligibility to

22  practice law in California as of June 12, 2017) (last visited August 9, 2017).

23          IT IS SO ORDERED.

24          This order resolves ECF No. 139.

25   DATED:  August 10, 2017.

26

27  _____
    UNITED STATES DISTRICT JUDGE

28